**Mildred Bih NGANG, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–1685.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 29, 2008.

Decided: March 12, 2008.

Peter Nyoh, Peter Nyoh and Associates, Silver Spring, Maryland, for Petitioner. Jeffrey S. Bucholtz, Assistant Attorney General, Linda S. Wernery, Assistant Director, Erica B. Miles, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mildred Bih Ngang, a native and citizen of Cameroon, seeks review of an order of the Board of Immigration Appeals (Board) denying her second motion to reopen removal proceedings. We have reviewed the record and Ngang's claims and conclude that the Board did not abuse its discretion in denying Ngang's motion. *See* 8 C.F.R. § 1003.2(a), (c) (2007).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*